

E-Filing

| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | SUSAN KNIGHT (CSBN 209013)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Blvd., Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5056 |
| 7 | FAX: (408) 535-5066<br>Susan.Knight@usdoj.gov |
| 8 | Attorneys for Plaintiff |

FILED

AUG 23 2006

...D W. WIEKING
U.S. DISTRICT COURT
NO... ...N DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 06-70508 RS |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) | ORDER EXCLUDING TIME UNDER |
| | ) | RULE 5 |
| JOSE ANTONIO LOPEZ-PATLAN, | ) | |
| Defendant. | ) | SAN JOSE VENUE |
| | ) | |

On August 22, 2006, the parties in this case appeared before the Court for a detention hearing. After Judge Vadas detained the defendant pending trial, the parties requested that a preliminary hearing or arraignment be scheduled for September 7, 2006 at 9:30 a.m. before the Honorable Judge Lloyd. Assistant Federal Public Defender Lara Vinnard explained to the Court that the defendant's attorney, AFPD Jay Rorty, is currently out of town and would be available for the September appearance. The defendant, through AFPD Vinnard, agreed to an exclusion of time under Rule 5 of the Federal Rules of Criminal Procedure.

//

//

//

RECEIVED

AUG 23 2006

CLERK
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

STIPULATION AND [PROPOSED] ORDER
NO. 06-70508 RS                                1

1  SO STIPULATED:                        KEVIN V. RYAN
                                         United States Attorney
2

3  DATED:_____                   _____/s/_____
                                         SUSAN KNIGHT
4                                        Assistant United States Attorney

5  DATED:_____                   _____/s/_____
                                         LARA S. VINNARD
6                                        Assistant Federal Public Defender

7

8       Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment be
9  scheduled on September 7, 2006 at 9:30 a.m. before the Honorable Judge Lloyd.  Good cause
10 is shown and the continuance is proper under Rule 5 of the Federal Rules of Criminal Procedure
11 and 18 U.S.C. § 3060.
12 SO ORDERED.
13
14 DATED: 8/23/06                         _____/s/_____
                                         NANDOR J. VADAS
15                                       United States Magistrate Judge
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
No. 06-70508 RS                              2